Charles M. Vito and William H. Katt, Appellees, v. Standard Insurance Company of New York, Appellant.

Gen. No. 41,120. (Abstract of Decision.)

Heard in third division, first district, this court at February term, 1940; opinion filed May 22, 1940; rehearing denied June

14, 1940. Hinshaw & Culbertson, for appellant; Oswell G. Treadway, of counsel; James Percival Pio, for appellees; James A. Donnelly, of counsel. Opinion by JUSTICE BURKE. "Not to be published in full."